Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  22−15770−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susie S Kim
   aka Jinhong Kim
   99 Old Hook Road
   Closter, NJ 07624

Social Security No.:
   xxx−xx−9954

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

99 Old Hook Road, Closter, New Jersey.


Dated: September 21, 2022
JAN: smz

                Jeanne Naughton
                Clerk